Order issued: October $\cancel{2}$ , 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-00954-CV

### GK TRI-TEXAS, LLC, Appellant

### V.

### SHERMCO INDUSTRIES, INC., Appellee

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 08-13590-G**

## ORDER

We **GRANT** the September 27, 2012 motion of Vielica Dobbins, Official Court Reporter for the 134th Judicial District Court of Dallas County, Texas, for an extension of time to file the reporter's record. Ms Dobbins shall file the reporter's record on or before October 22, 2012. We caution Ms. Dobbins that no further extension will be granted absent extraordinary circumstances.

CAROLYN WRIGHT
CHIEF JUSTICE